UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TROY L. TAYLOR,<br><br>    Defendant. | CASE NO.: CR04-0489-MJP<br><br>FINDINGS OF FACT AND<br>CONCLUSIONS REGARDING<br>ALLEGED VIOLATION OF<br>PRETRIAL RELEASE |

The Pretrial Services Office and the United States have presented information indicating that defendant has violated the conditions of release. Specifically, the defendant is alleged to have possessed marijuana, committed the crime of assault, and consumed alcohol. At a hearing on June 20, 2005, defendant admitted that he consumed alcohol. The court therefore FINDS:

1. By clear and convincing evidence, that defendant has violated the conditions of release by consuming alcohol;

2. The defendant has a prescription for Marinol, which Pretrial Services indicates is a legal alternative to marijuana, but which results in a positive finding for marijuana within the drug testing system currently being utilized. The defendant was admonished that he is prohibited from consuming or possessing marijuana, and that such future use or possession, if proven by a preponderance of the evidence, may result in his bond being revoked.

3. The underlying assault charge which is the basis for the allegation that defendant

violated pretrial release by committing the crime of assault, is still pending in state court. This alleged violation will be withdrawn subject to re-filing at a later time.

It is therefore ORDERED, that defendant's release on the previously entered appearance bond will be continued.

DATED this  20th  day of June, 2005.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge