JUDGE MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TROY L. TAYLOR, )<br>)<br>Defendants. )<br>_____ ) | No. CR04-489P<br><br>**STIPULATION AND ORDER**<br>**CONTINUING MOTIONS FILING**<br>**DEADLINE AND TRIAL DATE** |

Plaintiff United States of America and defendant TROY L. TAYLOR, by and through their undersigned counsel of record, hereby stipulate and agree to continue the deadline for filing motions from May 19, 2005, to July 14, 2005, and to a continuance of the trial date from June 13, 2005, to August 15, 2005.  This continuance is requested, and required in the interest of justice, for the following reasons.

Plea negotiations continue in earnest, and both parties remain hopeful that this case can be resolved without a trial.  Plea discussions were complicated by an intervening opinion by the United States Supreme Court in the case of Shepard v. United States, ___ U.S. ___, 125 S.Ct. 1254, 161 L.Ed.2d 205 (March 7, 2005), but now appear to be back on track.  Further, documents which are now necessary for the resolution of certain legal issues have not as yet been

retrieved from archives.

Accordingly, the parties request an extension of the motions filing deadline from May 19, 2005, to July 14, 2005, and to a continuance of the trial date from June 13, 2005, to August 15, 2005.

DATED this ___ day of June, 2005.

                                              RICHARD J. TROBERMAN, P.S.

                                              By:_____
                                                 RICHARD J. TROBERMAN
                                                 WSBA #6379
                                                 Attorney for Defendant
                                                 Troy L. Taylor

                                          JOHN McKAY
                                          United States Attorney


                                        By: _____
                                              Kent Y. Liu
                                             Assistant U.S. Attorney

## **ORDER**

Based upon the above stipulation of the parties, and for the reasons set forth therein, the Court finds that, pursuant to 18 U.S.C. §3161(h)(8)(A), the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial, and that the period of delay resulting from this continuance shall be excluded in computing the time within which the trial of this matter must commence.  Accordingly,

IT IS HEREBY ORDERED that, subject to the Court's receipt of an appropriately completed Speedy Trial Waiver, the motion filing deadline in the above entitled cause shall be continued from May 19, 2005, to July 14, 2005, and it is

FURTHER ORDERED that the trial date is continued from June 13, 2005, to August 15, 2005.

DATED this 9th day of June, 2005.

/s/ Marsha J. Pechman
UNITED STATES DISTRICT JUDGE