JUDGE MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>        *Plaintiff,* )<br>)<br>        v. )<br>)<br>TROY L. TAYLOR, )<br>)<br>        *Defendants.* )<br>_____) | No. CR04-489P<br><br>**STIPULATION AND ORDER<br>CONTINUING MOTIONS FILING<br>DEADLINE AND TRIAL DATE** |

Plaintiff United States of America and defendant TROY L. TAYLOR, by and through their undersigned counsel of record, hereby stipulate and agree to continue the deadlines for filing motions from September 22, 2005, to December 29, 2005, and to a continuance of the trial date which is currently set on October 31, 2005, to February 6, 2006. This continuance is requested, and required in the interest of justice, for the following reasons.

Plea negotiations are continuing. However, there have been certain stumbling blocks along the way, and while both parties are hopeful that this case can be resolved without a trial, that may not happen. In an effort to facilitate plea discussions, Defendant Taylor has asked the government to agree to a settlement conference. A decision on that request is pending.

If the case does go to trial, Defendant Taylor will need the services of some medical experts. Approximately ten years ago, Mr. Taylor sustained a gunshot wound to the face, and the bullet remains embedded in his head. It has recently come to light that

Mr. Taylor suffers from Post Traumatic Stress Disorder and defense counsel is in the process of obtaining Mr. Taylor's past medical records, including records generated by the medical staff at the FDC, which may be central to his defense in this case. This process is time consuming, and thus the parties request an extension of the motions filing deadline from the current date to December 29, 2005, and to a continuance of the trial date from October 31, 2005, to February 6, 2006. Mr. Taylor will file a Speedy Trial Waiver through February 13, 2006.

DATED this ___ day of October, 2005.

RICHARD J. TROBERMAN, P.S.

By:_____
RICHARD J. TROBERMAN
WSBA #6379
Attorney for Defendant
Troy L. Taylor

JOHN McKAY
United States Attorney

By: _____
Kent Y. Liu
Assistant U.S. Attorney

**STIPULATION AND ORDER CONTINUING**
**MOTIONS FILING DEADLINE AND TRIAL**
**DATE; No. CR04-489P - 2**

**ORDER**

Based upon the above stipulation of the parties, and for the reasons set forth therein, the Court finds that, pursuant to 18 U.S.C. §3161(h)(8)(A), the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial, and that the period of delay resulting from this continuance shall be excluded in computing the time within which the trial of this matter must commence. Accordingly,

IT IS HEREBY ORDERED that, subject to the Court's receipt of an appropriately completed Speedy Trial Waiver, the motion filing deadline shall be extended to December 29, 2005, and it is

FURTHER ORDERED that the trial date is continued from October 31, 2005, to February 6, 2006.

DATED this 31st day of October, 2005.

/S/Marsha J. Pechman
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER CONTINUING
MOTIONS FILING DEADLINE AND TRIAL
DATE; No. CR04-489P - 3