UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>TROY L. TAYLOR,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  CR04-489MJP<br>)<br>)  Order Modifying Conditions of<br>)  Release<br>)<br>)<br>)<br>) |

THIS MATTER having come before the Court on the Stipulated Motion of the parties, and for the reasons set forth therein, and good cause appearing therefore,

IT IS HEREBY ORDERED that the conditions of release entered on March 21, 2006 are modified to allow the defendant, Troy L. Taylor, to be released from the half-way house to attend church on Easter Sunday, April 16, 2006. All other conditions remain in effect.

Dated this 14th day of April, 2006

_____
Mary Alice Theiler, U.S. Magistrate Judge