Magistrate Judge Theiler

FILED   ENTERED
LODGED   RECEIVED

MAY - 3 2006

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
     Plaintiff, )
       )
   v. )
       )
TROY TAYLOR, )
     Defendant. )
_____ )

NO.   CR04-489MJP

## ORDER

This matter having come before this Court for review of the defendant, Troy Taylor' s, temporary release conditions, and the Court having heard argument from the parties hereby ORDERS that the defendant shall be allowed to remain at the half-way house to address his dental, vision, and psychological issues until May 11, 2006. The defendant shall surrender to the Federal Detention Facility no later than noon on May 11, 2006, where he will remain until further order of the Court.

DONE this __3__ day of May_____, 2006.

_Mary Alice Theiler_
MARY ALICE THEILER
United States Magistrate Judge

ORDER /TAYLOR—1
CR04-489MJP

04-CR-00489-ORD

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970